ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Pave-Tech Inc. | ) ASBCA No. 61879 |
| | ) |
| Under Contract No. N62473-09-D-1605 | ) |

APPEARANCES FOR THE APPELLANT:      David Demain, Esq.
                                                             Christopher R. Sillari, Esq.
                                                               Finch, Thornton & Baird, LLP
                                                               San Diego, CA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                                               Navy Chief Trial Attorney
                                                             Anthony Hicks, Esq.
                                                               Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 19, 2024

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61879, Appeal of Pave-Tech Inc., rendered in conformance with the Board's Charter.

Dated:  March 19, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services